[No. 42072-1-I.    Division One.    June 1, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER FAIRMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-06115-2, Bobbe J. Bridge, J., entered February 2, 1998. *Affirmed* by unpublished per curiam opinion.


[No. 42118-2-I.    Division One.    June 1, 1999.]

CENTRAL PARK EAST LIMITED PARTNERSHIP, *Respondent*, v. LEYA REKHTER, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-22662-7, Ann Schindler, J., entered February 3, 1998. *Reversed* by unpublished opinion per Grosse, J., concurred in by Kennedy, C.J., and Cox, J.


[No. 42176-0-I.    Division One.    June 1, 1999.]

GERALDYNE WEST, *Individually and as Personal Representative, Appellant*, v. SABERHAGEN HOLDINGS, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-00472-3, Joan DuBuque, J., entered January 23, 1998. *Reversed* by unpublished opinion per Grosse, J., concurred in by Kennedy, C.J., and Appelwick, J.


[No. 42267-7-I.    Division One.    June 1, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DEWEY PAUL BARRE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-01571-0, James H. Allendoerfer, J., entered February 26, 1998. *Affirmed* by unpublished per curiam opinion.